IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARDIS A. MAUNE,<br><br>    Plaintiff,<br><br>    v.<br><br>BANKERS LIFE & CASUALTY INSURANCE CO., ET AL.,<br><br>    Defendants. | Case No.  CV 10-074-E-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court are Plaintiff Ardis A. Maune's applications for "Argument for Damages' against Defendants Van Zile Travel, Gary Macarty, Jr., and Coventry Health and Life Insurance Company.  On May 24, 2010, the Court entered a Memorandum Decision and Order dismissing Van Zile and Coventry with prejudice.  In addition, the Court quashed service against Defendant Gary Macarty, Jr.  Therefore, these motions are moot.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff Ardis A. Maune's (1) Application: Van Zile Travel Argument for Damages (Docket No. 182), (2) Application Macarty Argument for Damages (Docket No.  188), and (3)

**Memorandum Decision & Order - 1**

Coventry Argument for Damages (Docket No. 189) are DENIED as moot.

DATED: **May 27, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision & Order - 2**